FILED
SUPERIOR COURT
OF GUAM

2022 JAN 20 PM 4: 16

CLERK OF COURT

BY:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| JAMIE DEE ALLEN,<br><br>Plaintiff,<br><br>vs.<br><br>SHALYN F. ALLEN,<br><br>Defendant. | Case No. DM0424-18<br><br>**DECISION AND ORDER**<br>**(Motion for Clarification)** |

## INTRODUCTION

This matter came before the Honorable Alberto E. Tolentino on October 28, 2021, for further proceedings on Shalyn F. Allen's ("Defendant") Motion for Clarification, filed on February 15, 2021. Attorney Catherine Bejerana Camacho represents Jamie Dee Allen ("Plaintiff"). Attorney Gary W.F. Gumataotao represents Defendant. Having considered the arguments and the applicable law, the Court hereby holds that the Court granted Defendant's Motion for Treatment and ordered the children attend counseling with Client Services.

## BACKGROUND

The factual background of this matter was previously set out by the Court in a Decision and Order issued on February 12, 2021. The following explains the relevant history of the instant case that led to Defendant's Motion for Clarification.

On November 30, 2020, Defendant filed an *Ex Parte* Motion to Modify Custody and for Treatment. Def.'s *Ex Parte* Mot. to Modify Custody and for Treatment, Nov. 30, 2021.

Plaintiff filed an opposition, which opposed a modification of custody but agreed to treatment on the condition that the parties reach an agreement with respect to the therapist and the parameters of treatment. Opp'n. to Def.'s Mot. to Modify Custody & Response to Def.'s Mot. for Treatment, Dec. 28, 2020. The Court held an evidentiary hearing on the motion. Minute Entry, Jan. 14, 2021. Following the evidentiary hearing—but prior to issuing a decision on the issue of custody—the Court ordered the children be evaluated and counseled by the Judiciary of Guam's Client Services and Family Counseling Division ("Client Services"). Order, Jan. 27, 2021. Subsequently, the Court issued an order titled "Decision and Order Re: Defendant's *Ex Parte* Motion to Modify Custody and for Treatment," which stated that Defendant's motion was denied. Dec. and Order Re: Def.'s *Ex Parte* Mot. to Modify Custody and for Treatment, Feb. 12, 2021. The February 12, 2021 Decision and Order only discussed custody and did not address the issue of treatment. Defendant filed the instant motion, seeking clarification as to whether the Court's January 27, 2021 order for treatment remained valid despite the subsequent Decision and Order that stated the motion was denied. Mot. for Clarification, Feb. 15, 2021. The Court took the motion under advisement during further proceedings on October 28, 2021. Minute Entry, Oct. 28, 2021.

## DISCUSSION

Rule 60(b) of the Guam Rules of Civil Procedure authorizes the Court to provide a party with clarification of any decision and order. Defendant seeks clarification regarding the Decision and Order the Court issued on February 12, 2021. Defendant asserts "[t]he portion addressing the Custody modification request is clear" and therefore only seeks clarification as to treatment. Mot. for Clarification at 1. Defendant further asserts that the Court appears to grant the request for treatment by referring the children to Dr. Wycoff, but the Court's stated

denial of the motion contradicts the referral. *Id.* Thus, the contradiction constitutes an ambiguity. *Id.*

After reviewing the record, the Court holds that the Order issued by the Court on January 27, 2021 granted Defendant's Motion for Treatment. That Order states: ". . .the Court ordered the children. . . to be evaluated and counseled by Dr. Wycoff at Client Services on the issues raised with reports to be rendered to the court." Order, Jan. 27, 2021. The Court intended the Order issued on January 27, 2021 to be a disposition of Defendant's Motion for Treatment, and the Decision and Order issued on February 12, 2021 to be a disposition of Defendant's Motion for Modification of Custody. The Court did not address Defendant's Motion for Treatment in the Decision and Order issued on February 12, 2021 because of the preexisting Order for the children to attend counseling with Dr. Wycoff at Client Services.

## CONCLUSION

For the above reasons, the Court holds that the Court granted Defendant's Motion for Treatment.

SO ORDERED, this _____ day of JAN 2 0 2022 _____ 2022.



HONORABLE ALBERTO E. TOLENTINO
Judge, Superior Court of Guam

**SERVICE** VIA E-MAIL
I acknowledge that an electronic copy of the original was e-mailed to:
*A. P. Camacho*
*A. Matomoto*
Date: _____ Time: 1/20/22
Joseph Bamba, Jr.
Deputy Clerk, Superior Court of Guam